# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Frontier Electronic Systems Corporation ) | ASBCA No. 59603 |
| ) | |
| Under Contract No. N00024-06-G-5200 ) | |

APPEARANCE FOR THE APPELLANT:  Ralph C. Thomas III, Esq.
  Barton, Baker, Thomas & Tolle, LLP
  McLean, VA

APPEARANCES FOR THE GOVERNMENT:  Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
  Henry D. Karp, Esq.
  Senior Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE STEMPLER

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' settlement agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,500,000. This amount is inclusive of interest. No further interest shall be paid.

Dated:  19 August 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 59603, Appeal of Frontier Electronic Systems Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
